AO 10
Rev. 1/2012



# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Longenbaugh, Leslie | U.S. District Court District of Alaska | ~~05/18/2012~~ 4-16-13 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge--Part Time | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

United States District Court
709 West Ninth Street
Juneau, Alaska 99801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2013 MAY 28 A 10 58 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Longenbaugh, Leslie | 05/18/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Longenbaugh Law Firm LLC W-2 Wages | $85,000.00 |
| 2. 2011 | Longenbaugh Law Firm LLC Ordinary Business Gain | $14,190.00 |
| 3. 2011 | Alaska Municipal League; Amount billed by Longenbaugh Law Firm for Legal Services | $35,765.00 |
| 4. 2011 | City of Hoonah billed by Longenbaugh Law Firm for Legal Services | $55,256.00 |
| 5. 2011 | SeaAlaska Heritage Institute; Amount billed by Longenbaugh Law Firm for Legal Services | $1,500.00 |
| 6. 2011 | Gastineau Human Services; Amount billed by Longenbaugh Law Firm for Legal Services | $19,725.00 |
| 7. 2011 | Sealaska Corporation; Amount billed by Longenbaugh Law Firm for Legal Services | $1,990.00 |
| 8. 2011 | Alaska Permanent Fund | $1,174.00 |
| 9. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | State of Alaska W-2 Wages |
| 2. 2011 | Alaska Permanent Fund Dividend |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Longenbaugh, Leslie | 05/18/2012 |

1. 

2. 

3. 

4. 

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Longenbaugh, Leslie | 05/18/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa and American Express Credit Cards | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Longenbaugh, Leslie | 05/18/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alaska USA Savings Acct | B | Interest | J | T | | | | | |
| 2. Alaska Pacific Bank | C | Interest | J | T | | | | | |
| 3. IRA # 3 Soloman Smith Barney Mutual Fund | A | Dividend | J | T | | | | | |
| 4. IRA # 4 Edward Jones Muni Bond Fund | A | Dividend | K | T | | | | | |
| 5. Rental Prop. # 1 ▓▓▓▓ Juneau, Alaska | C | Rent | M | R | | | | | |
| 6. Note: See Part VIII for additional information | | | | | | | | | |
| 7. FourShur Family Partnership (Y) | | | | | | | | | |
| 8. Main Stay Hi Yield (Y) | | | | | | | | | |
| 9. Citizens Money Market (Y) | | | | | | | | | |
| 10. 1st National Bank Stock (Y) | | | | | | | | | |
| 11. IRA #1 Fidelity Magelin Fund (Y) | | | | | | | | | |
| 12. IRA #2 Fidelity Overseas (Y) | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Longenbaugh, Leslie | 05/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional information as required by Part VII, Investments and Trusts:

Line 11, value method "R" in column C(2) requires purchase date and cost.

Purchase date        6/1/1992
Cost        is $102,500.00

Location of propertyn is Juneau, Alaska.

For Part VII there have been no changes from previous year.

| Name of Person Reporting | Date of Report |
|---|---|
| Longenbaugh, Leslie | 05/18/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie Longenbaugh**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544